Jimmy L. SUMMERS *v.* STATE of Arkansas

720 S.W.2d 313

Supreme Court of Arkansas
Opinion delivered December 15, 1986

*Jim Petty*, for appellant.

No objection.

PER CURIAM. Appellant, Jimmy L. Summers, by his attorney, has filed for a rule on the clerk.

His attorney, Jim Petty, admits that the record was not tendered properly due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.